CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO MERCADO-RANGEL, aka Roberto Mercado-Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-164 MCE |
|---|---|
| Plaintiff, | DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE |
| vs. | |
| ROBERTO MERCADO-RANGEL, | |
| Defendant. | DATE:  February 4, 2021<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

  Pursuant to CARES Act §15002(b), Roberto Mercado-Rangel, by and through his counsel of record, Clemente M. Jiménez, consents to proceed with change of plea via video teleconference. Counsel has advised Mr. Mercado-Rangel of his right to be personally present for his hearing, and also discussed waiving his personal appearance and appearing via video teleconference. Mr. Mercado-Rangel waives his right to personally appear for change of plea on February 4, 2021 and consents to appear by video teleconference.

  Pursuant to Gen. Order 616, counsel for Mr. Mercado-Rangel has signed this waiver on his behalf.

//
//
//

18cr164.o.0207        - 1 -

DATED: February 3, 2021  /s/   ROBERTO MERCADO-RANGEL
ROBERTO MERCADO-RANGEL

I agree and consent to Mr. Mercado-Rangel's appearance by video teleconference.

DATED: February 3, 2021  /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ROBERTO MERCADO-RANGEL

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

18cr164.o.0207                                - 2 -